

December 5, 2016

**Via ECF**
Honorable A. Kathleen Tomlinson
United Stated Magistrate Judge
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

        Re:   *Yucel Edebali v. Bankers Standard Insurance Company*
               Case No. 14 CV 7095     (JS) (AKT)

Judge Tomlinson:

      Our office represents the Defendant, Bankers Standard Insurance Company ("Bankers Standard"), in the above-referenced matter.  Pursuant to Individual Practice Rule III.C.1.b, we write to request approval of a briefing schedule related to a motion to quash subpoenas served on Brian Gibbons, Esq. by Plaintiff, Yucel Edebali.  The parties conducted a telephone conference to discuss Bankers Standard's issues with the subpoenas, but were unable to resolve their differences.  As Bankers Standard intends to proceed with a motion to quash, the parties have agreed on the following briefing schedule for the Court's approval:

- Defendant's motion papers must be served by December 21, 2016;

- Plaintiff's opposition must be served by January 23, 2017; and

- Defendant's reply papers must be served by February 1, 2017.

      If you have any questions, please let us know.

                                    Respectfully Submitted,

                                    Foran Glennon Palandech Ponzi & Rudloff PC

                        By:

                                    Venice Yoo (VY4135)

cc:    Scott E. Agulnick – via ECF

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

Venice Yoo, Attorney at Law    212.257.7117    vyoo@fgppr.com
40 Wall Street, 54th Floor, New York, New York 10005    tel 212.257.7100    www.fgppr.com

Chicago ■ Newport Beach ■ San Francisco ■ New York ■ London ■ Denver ■ Las Vegas ■ Phoenix